466 P.2d 871

**Anthony F. AVALLONE, as Attorney for Paul David Godsey, Petitioner,**

v.

**Honorable Richard A. STANLEY, Respondent.**

**No. 9034.**

Supreme Court of New Mexico.

March 31, 1970.

MOISE, Chief Justice, and COMPTON, TACKETT, WATSON and SISK, Justices, concurring.

Ordered that petition for writ of prohibition be and the same is hereby denied.

466 P.2d 871

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Gilbert Salas MORALES, Defendant-Appellant.**

**No. 9022.**

Supreme Court of New Mexico.

March 23, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 399, 81 N.M. 333, 466 P.2d 899 be and the same is hereby returned to the Clerk of the Court of Appeals.

466 P.2d 871

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Tobias J. ORTEGA, Defendant-Appellant.**

**No. 9023.**

Supreme Court of New Mexico.

March 23, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 388, 81 N.M. 337, 466 P.2d 903, be and the same is hereby returned to the Clerk of the Court of Appeals.